GLASTONBURY BANK AND TRUST COMPANY
*v.* ADY S. K. TONG ET AL.
(15102)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs September 30—officially released October 29, 1996

Per Curiam. The judgment is affirmed.

NICHOLAS HANZLIK *v.* JAMES FRECCIA AUTO BODY
WORKS, INC., ET AL.
(15436)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs September 30—officially released October 29, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

STATE OF CONNECTICUT *v.* DONALD A.
PARENTEAU
(14674)

O'Connell, Lavery and Heiman, Js.

Argued October 2—officially released October 29, 1996

Per Curiam. The judgment is affirmed.